FILED
BILLINGS DIV.

2009 APR  9  PM 2 40

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Cause No. CR-08-98-BLG-RFC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                       ) | **AMENDED ORDER** |
| ) | |
| **BARRY GOLDMAN,**           ) | |
| ) | |
| Defendant.              ) | |
| _____ ) | |

Currently pending before the Court is the Government's Request for Stay of March 30, 2009 Order [*doc. 23*] and Motion for Leave to file a Motion for Reconsideration [*doc. 25*]. The Court has previously ordered this file transferred to New Jersey, however, transfer cannot take place until the Court has had the opportunity to rule on the Government's Motion for Leave to File a Motion for Reconsideration.

Therefore, IT IS HEREBY ORDERED that the Government's Request for Stay [*doc. 23*] is **GRANTED**. The Clerk of Court is directed to refrain from

-1-

transferring this matter to New Jersey until the Court has had the opportunity to rule on the Government's Motion for Leave to File a Motion for Reconsideration.

For the purposes of the Speedy Trial Act, the days between now and the date the file is transferred are excludable under 18 U.S.C. Section 3161(h)(1)(D) and 3161(h)(1)(E).

Dated this _____ day of April, 2009.

RICHARD F. CEBULL
U.S. DISTRICT COURT JUDGE